SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

SARA WILSON SBN 146101
STRAZULO FITZGERALD LLP
275 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: (415) 394-9500
Facsimile: (415) 394-9501

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ | Case No. CIV. S-08-02485-MCE-GGH |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL; ORDER** |
| CENTRAL VALLEY DINER, INC. dba DENNY'S; EVA GERTRUDE CHAMBLISS, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff TONY MARTINEZ, and defendant, CENTRAL VALLEY DINER dba DENNY'S; EVA GERTRUDE CHAMBLISS, INC.#1614, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice in its entirety.

Dated: April 3, 2009    DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: April 2, 2009    STRAZULO FITZGERALD, LLP

*/s/ Sara Wilson*
SARA WILSON
Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-02485 MCE GGH, is hereby dismissed with prejudice. The Clerk is directed to close the file.

Dated: May 27, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE